IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:17-cr-00147 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| LORENZO SHELTON | ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, Defendant's Motion to Suppress (Doc. No. 47) is **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE